UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 16 AM 10: 27

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. **'08 MJ 1852** |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324(a)(1) |
| **Ricardo PALMER,** ) | Bringing in Illegal Aliens Without |
| ) | Presentation |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **June 12, 2008**, within the Southern District of California, defendant **Ricardo PALMER**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Gustavo JARAMILLO-Delgado,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(1).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **JUNE 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Ricardo PALMER

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Gustavo JARAMILLO-Delgado**, is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 12, 2008, at approximately 10:05 P.M. Border Patrol Agents E. Carrillo and E. Vega-Flores were performing duties at the State Route 94 Border Patrol Checkpoint in Jamul, California when they responded to a seismic intrusion device activation north of the checkpoint. Upon arriving in the area of the device the agents observed two individuals walking westbound along a known alien trafficking trail. This area is often used by illegal aliens to circumvent the checkpoint in order to avoid inspection by Border Patrol officers. The agents approached the individuals to question them as to their immigration status. When the individuals noticed the agents approaching them they fled. Agents Carrillo and Vega-Flores gave chase and apprehended the pair.

Agent Carrillo identified himself as a Border Patrol Agent to one subject, defendant **Ricardo PALMER** and queried him as to his immigration status. The defendant admitted to being a United States citizen. Agent Vega-Flores identified himself as a Border Patrol Agent to the other subject, material witness **Gustavo JARAMILLO-Delgado** and queried him as to his immigration status. JARAMILLO admitted that he was a citizen of Mexico illegally present in the United States. Agent Carrillo asked the defendant why he was walking along a known alien smuggling foot trail the defendant admitted that he was smuggling JARAMILLO for an amount between $500 and $1000. At 10:20 P.M. Agent Carrillo placed the defendant and the other subject under arrest and transported them to the Brown Field Border Patrol Station for processing.

### MATERIAL WITNESSES STATEMENTS:

Material Witness **Gustavo JARAMILLO-Delgado** stated that he is a citizen and national of Mexico illegally present in the United States. JARAMILLO admitted that he made arrangements to be smuggled into the United States and was to pay $2500 to a woman located in either Tecate, Mexico or Tijuana, Mexico. He crossed the border near the port of entry at Tecate, California on June 11, 2008 at 7 P.M.

Executed on June 14, 2008, at 9:00 a.m.

Irene S. Aguirre
Senior Patrol Agent

ON THE BASIS OF THE FACTS PRESENTED, I FIND PROBABLE CAUSE TO BELIEVE THAT RICARDO PALMER committed the OFFENSE OF 8 USC 1324.

6-14-08
@ 9:35 a.m.

C. Lewis
US MAGISTRATE JUDGE