1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org

6  Attorneys for Mr. Palmer

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,  )  Case No. 08mj1852
                                )
12 |         Plaintiff,          )
                                )
13 | v.                          )
                                )  **NOTICE OF APPEARANCE**
14 | **RICARDO PALMER,**         )
                                )
15 |         Defendant.          )
                                )

          Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                    Respectfully submitted,

Dated: June 19, 2008                 s/ *Michelle Betancourt*
                                    **MICHELLE BETANCOURT**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    michelle_betancourt@fd.org

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Palmer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj1852 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **RICARDO PALMER**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc2@usdoj.gov

Dated: June 19, 2008

    *s/ Michelle Betancourt*
    MICHELLE BETANCOURT
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467 (tel)
    (619) 687-2666 (fax)
    e-mail: michelle_betancourt@fd.org