UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Ricardo Palmer <br><br> Defendant(s) | CRIMINAL NO. 08MJ1852 <br><br> ORDER <br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gustavo Jaramillo - Delgado

DATED: 6-26-08

RECEIVED _____ DUSM

OR

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

G. PERRAULT

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062